No. 98-7411. VEGA-BENAVIDES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-7418. ANDERSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98-2. METROPOLITAN LIFE INSURANCE CO. v. SABO. C. A. 3d Cir. Motion of American Council of Life Insurance for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98-831. ALBUQUERQUE JOURNAL v. GONZALES ET AL. C. A. 10th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98-425. SOLOMON v. FLORIDA BAR, *ante*, p. 965;

No. 98-468. MONTGOMERY v. CITY OF FARMINGTON HILLS ET AL., *ante*, p. 1040;

No. 98-519. TOTH v. TOTH ET AL., *ante*, p. 1018;

No. 98-5214. HART/CROSS v. UNITED STATES, *ante*, p. 892;

No. 98-5819. DUBOSE v. JONES, WARDEN, ET AL., *ante*, p. 969;

No. 98-6138. WILLIAMS v. FRANCIS ET AL., *ante*, p. 1021;

No. 98-6229. SEARLES v. RIVER MEAD CONDOMINIUM ASSN., *ante*, p. 1023;

No. 98-6390. WISE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 1026;

No. 98-6408. HEMMERLE v. ERDMAN ET AL., *ante*, p. 1057;

No. 98-6436. SEGERS v. UNITED STATES, *ante*, p. 1008;

No. 98-6490. CARTER v. AMTRAK CORPORATION, *ante*, p. 1044; and

No. 98-6579. LAWRENCE v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 1029. Petitions for rehearing denied.

No. 97-9568. BOWMAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 859; and

No. 98-5634. XUAN HUYNH v. FORTE AIRPORT SERVICES, INC., *ante*, p. 936. Motions for leave to file petitions for rehearing denied.